UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BSB RESTAURANT OF METAIRIE, INC. D/B/A GENNAROS RESTAURANT | * * * | CIVIL ACTION: 06-11176 |
| versus | * * | JUDGE: PETER BEER |
| UNITED NATIONAL INSURANCE COMPANY | * * * | MAGISTRATE: KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED**, that all claims of the plaintiff, BSB Restaurant of Metairie, Inc. d/b/a Gennaros Restaurant, asserted against Defendant United National Insurance Company in the captioned matter be and the same are hereby dismissed, with prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this 13th day of _____August_____, 2008.

_____
JUDGE